UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
--------------------------------------------------X
Carol Lynn Birkner:
and John Matthew Wolfe,                         Case No._____
Plaintiffs,

v.

Nesh Auto Sales LLC,
Defendant
--------------------------------------------------X

## **COMPLAINT-JURY DEMAND**

## **INTRODUCTION AND BACKGROUND FACTUAL INFORMATION**

1.  Plaintiffs Carol Lynn Birkner and John Matthew Wolfe live in

    North Carolina.

2.  Nesh Auto Sales LLC, as its name indicates, sells used cars for

    profit.

3.  Nesh may be served at 2950 Midway Rd., Decatur, GA 30030.

4.  Plaintiffs travelled to Georgia to purchase a used Toyota Prius.

5.  Nesh knowingly advertised mileage for the Prius that was not

    accurate.

6.    A term of the sale was that the actual miles of the Prius were 166,075.

7.    Plaintiffs were told that the Prius had 166,075 miles.

8.    Plaintiffs only wanted to purchase the Prius because it had 166,075 miles.

9.    Put another way, Plaintiffs were not interested in purchasing the Prius if the representation that the car had 166,075 miles was false.

10.    Plaintiffs paid $6,388 to purchase the Prius with 166,075 miles.

11.    Plaintiffs did not agree to pay any money, let alone $6,388, to purchase a Prius with more than 166,075 miles.

12.    Plaintiffs reasonably relied upon the representation of Nesh regarding the actual milage of the Prius being 166,075.

13.    Nesh intentionally and falsely defrauded Plaintiffs into purchasing the Prius by lying about the milage on the car.

14.    In response to the problem of false car odometers, Congress passed the Motor Vehicle Information and Cost Savings Act, part of which concerns odometer accuracy, and which generally is referred to as "the Odometer Act."

15.    The Odometer Act provides:

49 U.S.C.A. §§ 32701 (a) Findings.--Congress finds that--

(1) buyers of motor vehicles rely heavily on the odometer reading as an index of the condition and value of a vehicle;

(2) buyers are entitled to rely on the odometer reading as an accurate indication of the mileage of the vehicle;

(3) an accurate indication of the mileage assists a buyer in deciding on the safety and reliability of the vehicle; and

(4) motor vehicles move in, or affect, interstate and foreign commerce.

(b) Purposes.--The purposes of this chapter are--

(1) to prohibit tampering with motor vehicle odometers; and

(2) to provide safeguards to protect purchasers in the sale of motor vehicles with altered or reset odometers.

16.  The Odometer Act requires a written disclosure of mileage or a written disclosure that the mileage is unknown, upon any transfer of a motor vehicle.

17.  49 U.S.C.A. § 32705(a) states:

(a)(1) Disclosure requirements.—Under regulations prescribed by the Secretary of Transportation that include the way in which information is disclosed and retained under this section, a person transferring ownership of a motor vehicle shall give the transferee the following written disclosure:

(A) Disclosure of the cumulative mileage registered on the odometer.

(B) Disclosure that the actual mileage is unknown, if the transferor knows that the odometer reading is different from the number of miles the vehicle has actually traveled.

18.   Nesh as seller, and Plaintiffs as buyers, signed an ODOMETER DISCLOSURE STATEMENT stating "Federal law (and state law, if applicable) requires that you state the milage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment".

19.   The ODOMETER DISCLOSURE STATEMENT was a simple single page document. See attached.

20.    The ODOMETER DISCLOSURE STATEMENT went on, "I, NESH
       AUTO SALES LLC, state the odometer now reads 166075 miles
       and to the best of my knowledge that it reflects the actual mileage
       of the vehicle described below, unless one of the following
       statements has been checked."

21.    Neither of the below statements was checked even though Nesh
       knew that 2 should have been checked.

22.    Nesh intentionally misrepresented that 166,075 was the actual
       milage to induce Plaintiffs to purchase the car.

23.    In other words, Defendants sold a car to Plaintiffs that Plaintiffs
       never agreed to buy.

24.     Defendants did not simply accidentally make a mistake as to the
       description of the car.

25.    Rather, Nesh represented that the car had certain qualities that it
       knew that it didn't have.

26.    The 2 options not checked were: "1) I hereby certify that to the best
       of my knowledge the odometer reading reflects the amount of
       mileage in excess of its mechanical limits" and "2) I hereby certify

that the odometer reading is NOT the actual mileage WARNING: ODOMETER DISCREPANCY".

27.     As stated, the ODOMETER DISCLOSURE STATEMENT was signed by Plaintiffs and Nesh on January 26, 2022.

28.     On the BILL OF SALE it shows that the Prius had mileage of 166075.

29.     In other words, Plaintiffs assented to the purchase of a Prius with an actual mileage of 166,075. See attached.

30.     On the Georgia Form MV-1, MOTOR VEHICLE TITLE APPLICATION, the milage was listed as 166,075.

31.     Plaintiffs had no reason to question Nesh's representations.

32.     Although the car was sold As-Is with no dealer warranty there was a list of "major defects" that may occur in used vehicles none of which had to do with a false milage disclosure. See attached.

33.     The list was a comprehensive list of defects in used vehicles but as stated the list did not include a false odometer disclosure.

34.      Similarly, the form used to calculate the ad valorem tax showed the Prius with 166075 miles. See attached.

35. On or about February 12, 2022, Plaintiffs received paperwork in the mail having to do with their purchase of the Prius.

36. It was at that time that Plaintiffs discovered that Nesh had falsely stated that 166,075 was the actual mileage.

37. In the mail Plaintiffs received a Motor Vehicle Dealer Title Reassignment Supplement which contained their signature with a January 26, 2022, date of sale.

38. As previously represented by Nesh, the form stated "I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked 166075 (None of the statements were checked.) See attached.

39. The statements were "1) The mileage stated is in excess of its mechanical limits" and "2) The odometer reading is not the actual mileage" with boxed in words in red beside 2) stating "WARNING-ODOMETER DISCREPANCY".

40. However, in this mailing Plaintiffs saw a paper they had not previously seen before.

41.   On a separate Motor Vehicle Dealer Title Reassignment Supplement it showed that CarMax located at 3721 Buford Dr sold the car to CarMax located at 1975 Beaver Ruin Dr. See attached.

42.   Key to that sale was that choice 2 was selected showing that "The Odometer reading is not the actual mileage".

43.   Then, that document shows that the CarMax at 1975 Beaver Ruin Road sold the car to Nesh.

44.   Importantly, choice 2 was selected showing that the Odometer reading is not the actual mileage.

45.   Nesh's signature is 2 inches below that disclosure.

46.   Nesh knew that the odometer reading was not the actual mileage when it represented to Plaintiffs that the odometer reading was the actual mileage.

47.   Nesh intentionally concealed this form so that Plaintiffs would not know that the odometer reading is not the actual mileage.

48.   Indeed, it is unusual for a dealer to sell a car to an individual by Motor Vehicle Dealer Title Reassignment Supplement. See attached.

49. The only reason that Nesh used this unusual method to transfer the car is to hoodwink Plaintiffs into thinking that 166,075 was the actual mileage.

50. Upon learning that 166,075 was not the actual mileage, Plaintiffs wanted to return the car and get their money back.

51. The hybrid battery of the Prius started to go out shortly after the purchase indicative of the mileage being far higher than 166,075.

52. Nesh failed and refused to accept the car and return the purchase money to Plaintiffs.

53. One of the Plaintiffs is an in-home physical therapist, and this entire situation has been a nightmare.

54. Rather than seek to assist Plaintiffs, Nesh goaded Plaintiffs by blaming Plaintiffs and saying they were stuck with their own mistake.

55. Under OCGA 10-1-399, Plaintiffs mailed a pre-suit letter to Nesh at least 30 days prior to the filing of this lawsuit.

56. Plaintiffs identified themselves in that letter.

57. Plaintiffs reasonably described the unfair or deceptive act or practice relied upon.

58.   Plaintiffs also reasonably apprised Nesh of the injury suffered

because of its actions and inactions.

## COUNT I– VIOLATION OF GEORGIA FAIR BUSINESS

## PRACTICES- OCGA 10-1-399

59.   Plaintiffs incorporate all the previous paragraphs as though fully

set forth here.

60.   Nesh represented that the mileage of the Prius was correct.

61.   Plaintiffs relied upon that representation.

62.   Plaintiffs were damaged by that representation because they paid

more money for the car than they would have had the truth been

told.

63.   Nesh is liable for three times actual damages.

64.   Nesh is liable for attorney's fees.

65.   Nesh is liable for punitive damages in an amount to be

determined at trial.

## COUNT II- FRAUD

66.   Plaintiffs incorporate all the previous paragraphs as though fully

set forth here.

67.   Nesh falsely represented the mileage of the Prius.

68.   Nesh knew that the mileage of the Prius was falsely represented.

69.   Nesh intended to induce Plaintiffs to purchase the Prius.

70.   Plaintiffs reasonably relied upon the representation of Nesh.

71.   Among other reasons why Plaintiffs reliance was justified on relying on Nesh was that Nesh subjected itself to criminal penalties if it did not disclose the mileage in accordance with what the law demands.

72.   Thus, Plaintiffs had strong reasons to believe that Nesh was telling the truth.

73.   Plaintiffs were not on "inquiry notice".

74.   Plaintiffs were damaged by the fraud because they purchased a car that was not what they assented to buying and the Prius was worth far less than they were led to believe.

75.   Nesh is liable to Plaintiffs for actual damages and punitive damages.

76.   Nesh is liable to Plaintiffs for injuries to their peace, happiness and feelings.

## COUNT III- Violation of the Odometer Act

77.     Plaintiffs incorporate all the previous paragraphs as though fully set forth here.

78.     Nesh lied to Plaintiffs about the mileage of the Prius.

79.     Nesh intended to defraud Plaintiffs into believing Nesh's representation about the mileage of the Prius.

80.     Under 49 C.F.R. § 578.6 (f)(2) Nesh is liable to Plaintiffs for three times actual damages or $11,956, whichever is the greater amount.

81.     Under 49 U.S.C.A. § 32710(b), Nesh is liable to Plaintiffs for reasonable attorney's fees.

82.     79.Under 49 U.S.C.A. § 32710(b), Nesh is liable to Plaintiffs for costs.

## COUNT IV– VIOLATION OF OCGA 40-8-5- GEORGIA'S ODOMETER STATUTE

83.     Nesh knew when it sold the Prius that the odometer reflected lower mileage than the actual mileage the car had been driven.

84. Nesh intended to defraud Plaintiffs into buying the car by believing something major about the car (mileage) was true when it wasn't.

85. Nesh is liable to Plaintiff for three times the amount of actual damages, costs and reasonable attorney's fees.


## COUNT V– ATTORNEY'S FEES AND LITIGATION EXPENSES- OCGA 13-6-11

86. Plaintiffs incorporate the preceding allegations by reference.

87. Nesh has acted in bad faith, has been stubbornly litigious, and has caused the plaintiffs unnecessary trouble and expense.

88. Nesh had multiple opportunities to avoid this lawsuit.

89. Nesh could have told truth on the Odometer Disclosure Statement.

90. Nesh could have undone the deal returning the money and getting the car back.

91. Instead, Nesh took a "so sue me" attitude.

92. Nesh ignored the 10-1-399 sent by Plaintiffs.

**Request for Relief**

Plaintiffs request that the Court award all relief requested in this

Complaint.

**JURY TRIAL DEMAND**

Plaintiffs demand a jury trial.

Dated this 6th Day of April 2022.

Respectfully submitted,
By: /s/ Shimshon Wexler
GA Bar No. 436163
S Wexler LLC
2244 Henderson Mill Rd, Ste 108
Atlanta, GA 30345
(212) 760-2400
(917) 512-6132 (FAX)
swexleresq@gmail.com

**BILL OF SALE**   DATE: 1/26/2022   STOCK #: 11573

| BUYER INFORMATION: | SELLER INFORMATION: |
|---|---|
| CAROL LYNN BIRKNER<br>JOHN MATTHEW WOLFE<br>64 CLINGMAN AVE UNIT 201<br>ASHEVILLE, NC 28801<br><br>COUNTY: BUNCOMBE | NESH AUTO SALES LLC<br>2950 MIDWAY RD<br>DECATUR, GA 30030<br>404-289-3332<br><br>SALESPERSON: |

**VEHICLE INFORMATION:**

| | | | |
|---|---|---|---|
| YEAR: 2012 | COLOR 1: BLUE | VIN: JTDKDTB38C1023367 | STOCK: 11573 |
| MAKE: TOYOTA | COLOR 2: | STYLE: | CYL: 4 |
| MODEL: PRIUS C | BODY: 4DR | MILEAGE: 166075 | TRANS: CVT |

**TRADE-IN INFORMATION:**

| | |
|---|---|
| YEAR: | COLOR: |
| MAKE: | MILEAGE: |
| MODEL: | BODY: |
| VIN: | |
| OWNER: | |
| BALANCE OWED TO: | |
| BALANCE OWED: $ 0.00 | GOOD THROUGH: |
| ALLOWANCE: $ 0.00 | QUOTED BY: |

| SETTLEMENT | |
|---|---|
| VEHICLE PRICE | 5,990.00 |
| Dealer Service Fee: | 299.00 |
| SUBTOTAL | 6,289.00 |
| SALES TAX: | N/A |
| Tag and Title Fee: | 99.00 |
| Payoff on Trade-In: | N/A |

**INSURANCE INFORMATION:**

COMPANY:
AGENT:
PHONE:                          POLICY #:

**LIEN HOLDER INFORMATION:**

COMPANY:
STREET:
CITY, STATE, ZIP:

**REMARKS:**

| | | |
|---|---|---|
| | TOTAL DUE | 6,388.00 |
| TRADE-IN ALLOWANCE | | N/A |
| DEPOSIT | | 500.00 |
| DOWN PAYMENT | | 5,888.00 |
| TOTAL CREDIT | | 6,388.00 |
| ☒ Cash ☐ Finance   BALANCE DUE | | 0.00 |

If financed, please see your installment sales contract for information about finance charge, insurance, and terms of payment (other than cash).

**WARRANTY DISCLAIMER:**
Unless Seller provides a written warranty, or enters into a service contract within 90 days from the date of this contract, this vehicle is being sold "AS IS – WITH ALL FAULTS" and Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose. This disclaimer does not affect any warranties by the vehicle manufacturer. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle and the related products and services.

CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Spanish Translation: Guía para compradores de vehículos usados. La información que se ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

Buyer, by signing below and initialing Page 2 as indicated, acknowledges that they have read both pages of this Bill of Sale (the "Agreement"), and have received a true copy of this Agreement.

X _____   1/26/22   X _____   1/26/22   X _____   1/26/22
Accepted by Authorized Representative of Seller   Date   Buyer   Date   Co-Buyer   Date

FZ-GA-BOS rev. 10/20                     Page 1 of 2                     ©2020 Frazer Computing, LLC

## TERMS AND CONDITIONS

1. Buyer is of legal age and agrees to purchase the vehicle described on Page 1 from Seller. Buyer has read, understands, and agrees to all of the terms and conditions on both pages. This agreement is not binding until an authorized representative of Seller has signed Page 1.

2. All relevant documents signed for this sale, including this Agreement, and any installment sale agreement or arbitration agreement, make up the entire agreement between Buyer and Seller, and supersede all previous oral or written agreements or discussions. Buyer is not relying on anything not in this Agreement. Any change to this Agreement must be in writing and both Buyer and Seller must sign it.

Buyer Signature **X** _Carol Birken_    Co-Buyer Signature **X** _____

3. The vehicle being purchased has a "Buyer's Guide" attached.

4. If the vehicle is being sold "As Is", **BUYER IS NOT ENTITLED TO RECOVER FROM SELLER ANY DAMAGES OR FOR LOSS OF USE, TIME, OR PROFITS/INCOME.** Buyer is responsible for the risk and expense of any repairs or defects on the vehicle now or after the sale.

5. If this is a cash sale, including Buyer bringing a check from their own finance source, Buyer must pay the balance due by the sale date. If this is an outside financed sale with an installment contract, where Seller is assisting Buyer in obtaining financing, this Agreement is not binding if the outside finance source doesn't purchase the contract.

6. If the sale is not completed for any reason, including outside financing not being secured, Buyer has **2 days** after notification from Seller to return the vehicle. Buyer has to pay for any damage to the vehicle. If Buyer doesn't return the vehicle in the time given, Seller may cancel the sale and retake the vehicle. If this happens, Buyer must pay any related expenses, including attorney's fees of no more than 15% of the amount due and any other expenses as allowed by law.

7. If Seller increases the cash price, Buyer may cancel the sale.

8. If there is any delay or failure of delivery that is not in Seller's control and is not Seller's fault, Seller is not liable for the delay or failure.

9. If there is a trade vehicle:

   a. Buyer will make sure Seller receives the title to the trade vehicle at the time of sale. Buyer has a good and marketable title for the trade vehicle, and the trade vehicle is free and clear of all liens and encumbrances unless a payoff is listed for the trade vehicle on Page 1. If there is a payoff due on the trade vehicle, Buyer has provided an accurate amount and is responsible for any additional amount owed to the payoff lien holder in order to get the title for the trade vehicle to Seller. Buyer will compensate Seller for any excess amounts paid to secure title to the trade vehicle, including attorney's fees of no more than 15% of the amount due.

   b. Seller may reappraise the trade vehicle if it is not surrendered at the time of sale. If the reappraisal value is lower than the trade allowance listed on Page 1, Buyer may cancel the sale as long as the vehicle purchased hasn't been delivered yet and the Buyer hasn't surrendered the trade vehicle yet.

   c. If Buyer cancels the sale for any reason listed in this Agreement, Buyer must pay for storage of the trade vehicle and any repairs, and then the vehicle will be returned to Buyer. If Buyer cancels the sale for any reason not listed in this Agreement, Seller can sell the trade vehicle to pay expenses resulting from Buyer refusing to complete the sale. If the sale is cancelled and the trade vehicle is already sold, Seller owes Buyer the proceeds less any expenses relating to the trade vehicle.

10. Only taxes listed in the Settlement are included in this sale. Buyer has to pay for all taxes applicable to the sale.

11. Buyer must sign any other forms needed for this sale, at the time of sale and after the sale.

12. This Agreement is subject to and will be enforced by Georgia state laws.

13. If any part of this Agreement is not valid, legal, or enforceable in any way, all other parts remain valid.

14. If Buyer's check or other payment instrument is dishonored or unpaid for any reason, Seller may cancel the sale and retake the vehicle, make a claim against Buyer, or charge Buyer a bad check fee.

15. If there is also an installment contract and anything in that contract contradicts anything in this form, the terms of the contract supersede the terms of this Agreement.



Initials _CB_ , _JNW_ , _M.M_
    Buyer    Co-Buyer    Seller

# ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, NESH AUTO SALES LLC, state that the odometer now reads
**166075**    miles and to the best of my knowledge that it reflects the actual mileage of the
vehicle described below, unless one of the following statements has been checked.

[  ]    (1) I hereby certify that to the best of my knowledge the odometer reading
reflects the amount of mileage in excess of its mechanical limits.

[  ]    (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING: ODOMETER DISCREPANCY.

Vehicle Description: 2012 TOYOTA PRIUS C, BLUE
Body style: 4DR
VIN: JTDKDTB38C1023367
Stock #: 11573

Transferors (Seller) Information: NESH AUTO SALES LLC
2950 MIDWAY RD
DECATUR, GA 30030

Acknowledged by Transferor (Seller):

Signature: _____    1/26/2022
Hand Printed Name: _Nesh Auto Sales_

Transferees (Buyer) Information: CAROL LYNN BIRKNER
64 CLINGMAN AVE UNIT 201
ASHEVILLE, NC 28801

Acknowledged by Transferee (Buyer):

Signature: _Carol Birkner_    1/26/2022
Hand Printed Name: _Carol Birkner_

Co-Buyer Signature: _____    1/26/2022
Hand Printed Name: _JMW  John Wolf_

MV-1 (Revised 6-2020)



## Georgia Department of Revenue - Motor Vehicle Division
## Form MV-1 Motor Vehicle Title Application
### For instructions on how to complete this form see page 2.

### A   VEHICLE INFORMATION

Vehicle ID (VIN): JTDKDTB38C1023367    Current Title #: _____    Year: **2012**
Make: **TOYOTA**    Current Title's State of Issue: _____    Color: **BLUE**
Model: **PRIUS C**    GA County of Residence: **BUNCOMBE**    Cylinders: **4**
Body Style: **4DR**    District #: _____    Fuel Type: **H**
Odometer Exceptions: ☐ EXEMPT ☐ Exceeds Mechanical Limits of Odometer ☐ Not the Actual Mileage, Warning Odometer Discrepancy
Odometer Reading: **166075**    Date Purchased: **01/26/2022**

#### COMPLETE FOR ALL COMMERCIAL VEHICLES

Gross Vehicle Weight & Load: _____    Straight Truck? ☐ Yes ☐ No    Used for Hire? ☐ Yes ☐ No
Type of Trailer Pulled? _____    Product Hauled? _____    Is this a Farm Vehicle? ☐ Yes ☐ No

### B   OWNER INFORMATION

Number of Owners: __**2**__    Leased Vehicle: ☒ No ☐ Yes *(If yes, complete Section D)*
If purchased from an out-of-state business, did you pick up the vehicle out of state? ☐ Yes ☐ No
*Owner's signature below warrants: I do solemnly swear or affirm under criminal penalty of a felony for fraudulent use of a false or fictitious name or address or for making a material false statement punishable by fine up to $5,000 or by imprisonment of up to five years, or both that the statements contained herein are true and accurate.

**OWNER # 1**
Full Legal Name: CAROL LYNN BIRKNER    ███████
   ███████    E-mail Address: _____    Phone #: ███████
Business Name: _____    Name of Agent: _____
Address: 64 CLINGMAN AVE UNIT 201 ASHEVILLE, NC 28801
Mailing Address: _____
*Signature of Owner 1 or Business Agent: *Carol Birkner*    Date: 01/26/2022

**OWNER # 2**
Full Legal Name: JOHN MATTHEW WOLFE    Dr ███████ State: NC
███████    E-mail Address: _____    Phone #: _____
Business Name: _____    Name of Agent: _____
Address: 64 CLINGMAN AVE UNIT 201 ASHEVILLE, NC 28801
Mailing Address: 64 CLINGMAN AVE UNIT 201 ASHEVILLE, NC 28801
*Signature of Owner 2 or Business Agent: *John McWye*    Date: 01/26/2022

### C   SELLER INFORMATION

GA Dealer's/Bank's 12-Digit Customer ID # (If applicable):
`0 0 1 1 1 5 3 0 9 9 3 2`
Seller's GA Sales Tax #:
`3 0 8 6 5 2 4 6 5`
Full Legal Name or Business Name and Address:
NESH AUTO SALES LLC
2950 MIDWAY RD
DECATUR, GA 30030
If Georgia Seller, County Name: DEKALB
Directly Financed Dealer Sale: ☐ Yes ☒ No

### D   LESSEE INFORMATION

Driver's License # (If individual): _____
Lessee's Full Legal Name & Address or Business Lessee's Full Name & Address:
_____
_____
_____
Lessee's GA County Name: _____
Lessee's Phone Number: _____

### E   SECURITY INTEREST OR LIENHOLDER INFORMATION - Attach any information on additional lienholders.

12-Digit ELT ID #: ☐☐☐☐☐☐☐☐☐☐☐☐    Name: _____
Address: _____
12-Digit ELT ID #: ☐☐☐☐☐☐☐☐☐☐☐☐    Name: _____
Address: _____

### F   ATTORNEY-IN-FACT INFORMATION - Attach original Power of Attorney if title is to be mailed to attorney in fact.

Name: _____
Mailing Address: _____
Phone Number: _____    E-mail Address: _____

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| TOYOTA | PRIUS C | 2012 | JTDKDTB38C1023367 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

## WARRANTIES FOR THIS VEHICLE:                                      Stock #: 11573

## ☒ AS IS – NO DEALER WARRANTY

THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ☐ DEALER WARRANTY

☐ FULL WARRANTY.

☐ LIMITED WARRANTY. The dealer will pay ___% of the labor and ___% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

**SYSTEMS COVERED:**                                      **DURATION:**

CB                                                                    JMW

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

☐ MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

☐ MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

☐ OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

☐ SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.

OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS. For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

SEE OTHER SIDE for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks----bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Air Bags**

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than ¼ inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage
Catalytic Converter

---

DEALER NAME
**NESH AUTO SALES LLC**

ADDRESS
**2950 MIDWAY RD; DECATUR, GA  30030**

TELEPHONE                                   EMAIL
**404-289-3332**

FOR COMPLAINTS AFTER SALE, CONTACT:
**NESH AUTO SALES LLC**

> I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.
>
> *Carol Berkus*                           1-29-22
> Signature                                 Date

---

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).



MV-7D (Revised 1-2020)
Web and MV Manual

## Georgia Department of Revenue - Motor Vehicle Division
## State and Local Title Ad Valorem Tax (TAVT) Fees



**Purpose of this Form:** This form is to be used by a Georgia Dealer to indicate the calculation of the TAVT. This form must agree with the original purchase agreement, lease agreement or bill of sale.

**How to submit this Form:** This form must be completed in its entirety, legibly printed or typed, and submitted along with a completed Application for Georgia Certificate of Title and purchase agreement or bill of sale.

### A   DEALER INFORMATION

| | |
|---|---|
| **Georgia Dealer's Full Legal Name:** NESH AUTO SALES LLC | **12-Digit Dealer ID No.:** 001115309932 |

**Dealer Address:** 2950 MIDWAY RD

| | | | |
|---|---|---|---|
| **City:** DECATUR | **State:** G A | **ZIP Code:** 30030 | |

### B   VEHICLE INFORMATION

**Vehicle Identification No. (VIN):** J T D K D T B 3 8 C 1 0 2 3 3 6 7

| | | | |
|---|---|---|---|
| **Year:** 2012 | **Make:** TOYOTA | **Model:** PRIUS C | **Body Style:** 4DR |

| | | | |
|---|---|---|---|
| **Date of Purchase:** 01/26/2022 | **Odometer Reading:** 1 6 6 0 7 5 | **Check applicable box:** ☐ MSO/MCO  ☒ Certificate of Title | |

| | |
|---|---|
| **Title No.:** | **State of Issuance:** |

### C   BUYER INFORMATION

| |
|---|
| **Primary Buyer's Full Legal Name:** *First Name* CAROL *Middle Initial* LYNN *Last Name* BIRKNER *Suffix* |

**Residential Address:** 64 CLINGMAN AVE UNIT 201

| | | | |
|---|---|---|---|
| **City:** ASHEVILLE | **State:** N C | **ZIP Code:** 28801 | **County of Residence:** BUNCOMBE |

| |
|---|
| **Secondary Buyer's Full Legal Name:** *First Name* JOHN *Middle Initial* MATTHEW *Last Name* WOLFE *Suffix* |

### D   TRANSACTION INFORMATION

| D1 - TYPE OF TRANSACTION | D2 - TYPE OF PURCHASE | D3 - LEASED VEHICLES ONLY | |
|---|---|---|---|
| ☐ New Vehicle | ☒ Retail Sale | ☐ Total Lease Payments (including down payments) | $ N/A |
| ☒ Used Vehicle | ☐ Leased Vehicle | ☐ Agreed Upon Value (see note on back) | $ N/A |

#### TITLE AD VALOREM TAX (TAVT) DUE

| | | |
|---|---|---|
| **TAVT Base Value*** (See page 2 of this form) <br> • New Vehicle Retail Sale (Enter only the Base Sale Price, **excluding other taxable fees**, on this line); or <br> • Used Vehicle Retail Sale – **Excluding** Seller-Financed Sale (Enter Retail Selling Price **including all taxable fees** on this line); or <br> • Used Vehicle Retail Sale – Seller-Financed Sale (Enter Department of Revenue listed vehicle value / NADA vehicle value on this line); or <br> • Lease (Enter the Total Lease Payments or Agreed Upon Value on this line – See Box D3) | $ | N/A |
| **Other Taxable Fees - New Vehicle Only** (Not applicable for leased vehicles) <br> • Include labor, freight, delivery, dealer fees and similar charges, tangible accessories, dealer add-ons and mark-ups. <br> • Do not include federal retailer's excise tax or extended warranty, service contract, maintenance agreement or similar products. | + $ | N/A |
| **Manufacturer's Rebate** (Does not apply to Used Vehicle for Retail Sale or Total Lease Payments option.) | - $ | N/A |
| **Total Trade-In Value of Vehicle(s) from Section E** (Does not apply to Total Lease Payments option.) | - $ | N/A |
| **Net Fair Market Value Subject to TAVT** | = $ | N/A |
| **TAVT Rate**                              Check ☒ if TAVT Exempt | x | N/A % |
| **Total TAVT Due** | = $ | N/A |

Have a question? Visit our website at http://dor.georgia.gov/motor-vehicles or scan the QR code above for more information.

**E   REDUCTION FOR TRADE-IN VEHICLE(S)**

**VEHICLE #1 TRADE-IN ALLOWANCE**

Owner's Name:

Vehicle Identification No. (VIN):

Year:            Make:                          Model:                          Body Style:

Odometer Reading:                Trade-In Value:   0.00

**VEHICLE #2 TRADE-IN ALLOWANCE**

Owner's Name:

Vehicle Identification No. (VIN):

Year:            Make:                          Model:                          Body Style:

Odometer Reading:                Trade-In Value:   0.00

**F   CERTIFICATION**

The undersigned hereby certifies that the information contained herein is true and accurate.

Pursuant to O.C.G.A. §§ 40-3-1 et seq. & 16-10-71, a person to whom a lawful oath or affirmation has been administered or who executes a document knowing that it purports to be an acknowledgment of a lawful oath or affirmation commits the offense of false swearing when, in any matter or thing other than a judicial proceeding, he knowingly and willfully makes a false statement.  A person convicted of the offense of false swearing shall be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both.  A dealer of new or used motor vehicles that accepts an application for title and state and local title ad valorem tax fees and converts such fees to his or her own use shall be guilty of theft by conversion and, upon conviction, shall be punished as provided O.C.G.A. § 16-8-12 and O.C.G.A. § 48-5C-1(b)(1)(F).

| Primary Buyer's Printed Legal Name: | CAROL LYNN BIRKNER | Signature: | *Carol L Berkn* | Date: | 01 / 26 / 22 |
| Secondary Buyer's Printed Legal Name: | JOHN MATTHEW WOLFE | Signature: | *John m wryl* | Date: | 01 / 26 / 22 |
| Seller or Authorized Agent of Selling Dealer Printed Legal Name: | NESH AUTO SALES LLC | Signature: | *Nesh* | Date: | 01 / 26 / 22 |

**NOTE**

**\* TAVT Base Value:**

  **RETAIL SALE:**

    New Vehicle: Base Sale Price excluding other taxable fees.

    Used Vehicle:

      1.  Purchased from a new or used car dealer (excluding seller-financed sales):

        • Retail Selling price shall include any charges for labor, freight, delivery, dealer fees and similar charges, tangible accessories, dealer add-ons, and mark-ups, but shall not include any federal retailers' excise tax or extended warranty, service contract, maintenance agreement, or similar products.

      2.  Purchased under a seller-financed sale arrangement (also known as "buy here pay here").

        • Georgia Department of Revenue vehicle value; or

        • The value listed in the NADA used car guide, **only** if the Department of Revenue's vehicle value is not listed or published.

  **LEASE:**

    **Total Lease Payments -** The TAVT Base Value is the total of lease payments including any down payments. ("Down payments" means cash collected from the lessee at the inception of the lease, including (1) cash supplied as capital cost reduction and (2) any upfront payments by the lessee. Down payments shall not include (1) rebates, noncash credits, or net trade allowances, (2) taxes or fees imposed by law, and (3) monthly lease payments made in advance).

    **Agreed Upon Value -** The TAVT Base Value is the vehicle value plus taxable fees specified in the lease agreement.  Agreed Upon Value can only be used when (1) the vehicle is leased for business use **and** (2) the lease agreement states the rental price can be adjusted.  The taxable fees include labor, freight, delivery, dealer fees and similar charges, tangible accessories, dealer add-ons and mark-ups. Taxable fees will not include federal excise tax or extended warranty, service contract, maintenance agreement or similar products.

Note: For dealer sales prior to 1/1/2020, TAVT for new vehicles is based the Department of Revenue vehicle value if it is higher than Base Sale Price plus Other Taxable Fees. For dealer sales of used vehicles prior to 1/1/2020, TAVT is based on the Department of Revenue vehicle value, unless it is not listed, in which case the higher of purchase price or NADA value is used.

Have a question? Visit our website at **http://dor.georgia.gov/motor-vehicles** or scan the QR code above for more information.

# AS-IS – SOLD WITHOUT WARRANTY

Date: 01/26/2022

Seller: NESH AUTO SALES LLC
2950 MIDWAY RD
DECATUR, GA 30030

Buyer: CAROL LYNN BIRKNER
JOHN MATTHEW WOLFE
64 CLINGMAN AVE UNIT 201
ASHEVILLE, NC 28801

The vehicle identified below is subject to the terms and conditions of this agreement.

**The seller, identified above, hereby expressly disclaims all warranties, either express or implied, including all implied warranties of merchantability or fitness for a particular purpose and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle.**

Vehicle Description: 2012 TOYOTA PRIUS C

VIN: JTDKDTB38C1023367

Mileage: 166075

### "NOTICE OF VEHICLE SOLD WITHOUT ANY WARRANTY"

This vehicle is sold **without any warranty**. The buyer will bear the entire expense of repairing or correcting any defects that presently exist and/or may occur in the vehicle unless the salesperson promises in writing to correct such defects.

BUYER HEREBY ACKNOWLEDGES HE HAS READ, UNDERSTANDS AND ACCEPTS THE PROVISIONS OF THIS WARRANTY STATEMENT FOR THE ABOVE-IDENTIFIED VEHICLE.

X _____   01/26/2022
CAROL LYNN BIRKNER

X _____   01/26/2022
JOHN MATTHEW WOLFE

_____   01/26/2022
NESH AUTO SALES LLC

WARRANTY DISCLAIMER – **SOLD AS-IS**

FZ-ASIS rev. 06/16                                                    ©2016 Frazer Computing, LLC



**MOTOR VEHICLE DEALER TITLE REASSIGNMENT SUPPLEMENT**

NOTICE:
A. This form can only be used by licensed motor vehicle dealers. Individual or non-licensed dealers cannot use this form.
B. Any alteration or erasure voids this document.

**4840615**

**STATE OF GEORGIA
DEPARTMENT OF MOTOR
VEHICLE SAFETY**

Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

| Vehicle Identification Number (VIN) | Year | Make | Model | Body Type |
|---|---|---|---|---|
| JTDKDTB38C1023367 | 2012 | TOYOTA | PRIUS C | 4D HATCHBAC |

**REASSIGNMENT 1 BY DEALER ONLY**

The undersigned dealer hereby certifies that the vehicle described in this document has been transferred to the following printed name and address:
*Carmax* 1975 Beaver Ruin Rd. Norcross, GA 30071

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): 166075
[ ] 1. The mileage stated is in excess of its mechanical limits.
[X] 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY**

DATE OF SALE: 12/09/2021

Signature(s) of Seller(s) _____
Printed Name(s) CARMAX *Gabrielle Pugh*
Dealership Name and Individual Signing for Dealer
Dealer No. 001117503703
Address 3721 BUFORD DR, BUFORD, GA 30519

I am aware of the above odometer certification made by the seller(s):
Signature(s) of Buyer(s) _____
Printed Name(s) of Buyer(s) *Carmax Demond Newbr*
Dealer No. 001113102923

**REASSIGNMENT 2 BY DEALER ONLY**

The undersigned dealer hereby certifies that the vehicle described in this document has been transferred to the following printed name and address:
*Nesh Auto Sales 2950 Midway Rd Decatur GA 30030*

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): 166,075
[ ] 1. The mileage stated is in excess of its mechanical limits.
[X] 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY**

DATE OF SALE:

Signature(s) of Seller(s) *Octavia Eders*
Printed Name(s) *Carmax Octavia Eders*
Dealership Name and Individual Signing for Dealer
Dealer No. 001113102923
Address 1975 Beaver Ruin Rd. Norcross, GA 30071

I am aware of the above odometer certification made by the seller(s):
Signature(s) of Buyer(s) _____
Printed Name(s) of Buyer(s) *Nesh Auto sales*
Dealer No. 00111530 9932

**REASSIGNMENT 3 BY DEALER ONLY**

The undersigned dealer hereby certifies that the vehicle described in this document has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): _____
[ ] 1. The mileage stated is in excess of its mechanical limits.
[ ] 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY**

DATE OF SALE:

Signature(s) of Seller(s) _____
Printed Name(s) _____
Dealership Name and Individual Signing for Dealer
Dealer No. _____
Address _____

I am aware of the above odometer certification made by the seller(s):
Signature(s) of Buyer(s) _____
Dealer No. _____
Printed Name(s) of Buyer(s) _____

**LIEN**

**LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:**

First lien in favor of: (Name of 1st lienholder) _____

(Address) _____ (City) _____ (State) _____ (Zip Code) _____

Rev. 06/02

Unauthorized printing or reproduction of this document is strictly prohibited.
State Authorized Distributors: Georgia Independent Automobile Dealers Assn. (Ph#) 800/472-8101



**MOTOR VEHICLE DEALER TITLE REASSIGNMENT SUPPLEMENT**

NOTICE:
A. This form can only be used by licensed motor vehicle dealers. Individual or non-licensed dealers cannot use this form.
B. Any alteration or erasure voids this document.

4824830

**STATE OF GEORGIA**
**DEPARTMENT OF MOTOR**
**VEHICLE SAFETY**

Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

| Vehicle Identification Number (VIN) | Year | Make | Model | Body Type |
|---|---|---|---|---|
| JTDKDTB38C1023367 | 2012 | Toyota | Prius C | 4DR |

**REASSIGNMENT 1 BY DEALER ONLY**

The undersigned dealer hereby certifies that the vehicle described in this document has been transferred to the following printed name and address:
Carol Lynn Birkner / John Matthew Wolfe    64 Clizman Ave Unit 201

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

DATE OF SALE
01/26/2022

ODOMETER READING 166075
(No Tenths)

[ ] 1. The mileage stated is in excess of its mechanical limits.
[ ] 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY**

Signature(s) of Seller(s) _____

Printed Name(s) mesh Auto Sales
Dealership Name and Individual Signing for Dealer

Dealer No. 001115309932
Address 2950 midway Rd Decatur GA 30030

I am aware of the above odometer certification made by the seller(s):

Signature(s) of Buyer(s) Carol Birkner / John Wolfe    Dealer No. _____

Printed Name(s) of Buyer(s) Carol Birkner    John Wolfe

**REASSIGNMENT 2 BY DEALER ONLY**

The undersigned dealer hereby certifies that the vehicle described in this document has been transferred to the following printed name and address:
_____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

DATE OF SALE

ODOMETER READING
(No Tenths)

[ ] 1. The mileage stated is in excess of its mechanical limits.
[ ] 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY**

Signature(s) of Seller(s) _____    Dealer No. _____

Printed Name(s) _____
Dealership Name and Individual Signing for Dealer    Address _____

I am aware of the above odometer certification made by the seller(s):

Signature(s) of Buyer(s) _____    Dealer No. _____

Printed Name(s) of Buyer(s) _____

**REASSIGNMENT 3 BY DEALER ONLY**

The undersigned dealer hereby certifies that the vehicle described in this document has been transferred to the following printed name and address:
_____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

DATE OF SALE

ODOMETER READING
(No Tenths)

[ ] 1. The mileage stated is in excess of its mechanical limits.
[ ] 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY**

Signature(s) of Seller(s) _____    Dealer No. _____

Printed Name(s) _____
Dealership Name and Individual Signing for Dealer    Address _____

I am aware of the above odometer certification made by the seller(s):

Signature(s) of Buyer(s) _____    Dealer No. _____

Printed Name(s) of Buyer(s) _____

**LIEN**

**LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:**

First lien in favor of: (Name of 1st lienholder) _____

(Address) _____ (City) _____ (State) _____ (Zip Code) _____

Rev. 06/02

Unauthorized printing or reproduction of this document is strictly prohibited.
State Authorized Distributors: Georgia Independent Automobile Dealers Assn. (Ph#) 800/472-8101

# Dealer Reassignment Form

The assignment spaces on the title should be used to transfer ownership of the vehicle. Failure to apply for the Title will cause additional Ad Valorem Tax fee penalties (in addition to other fees and penalties).

In rare cases, when the vehicle's title, assigned to the dealership, is not available at the time of sale (i.e. Title is in the office's safe and the vehicle is sold after business hours, etc.) or all the assignment spaces on the vehicle's title have been completed, a licensed dealer may use a Secure Dealer Reassignment Form to transfer the ownership of a vehicle to the customer. The Secure Dealer Reassignment Form should not be used if the title is available.

Secure Dealer Reassignment forms should **only** be used in rare cases when the title is either not available or all the spaces on the title have been completed and can only be used:

**After** the title has been completed transferring ownership of the vehicle to dealership.

**Only** if the dealership is the owner of the vehicle prior to selling or transferring ownership.

**When** the title becomes available, the Dealership must enter the Dealer's Reassignment form's control number in the title assignment space where the customer's name is usually entered. The Dealer Reassignment form must accompany the title when a title is applied for in the customer's name.

Dealer Reassignment forms can only be purchased from the following authorized dealer associations:

**Independent (Used) Automobile Dealers Association**

Georgia Independent Automobile Dealers Association (GIADA)

6903-A Oak Ridge Commerce Way

Austell, Georgia  30168

Phone: 770-745-9650

Toll Free: 800-472-8101

Fax: 770-745-9100

Email: **info@giada.com (mailto:info@giada.com)**

**New (Franchise) Automobile Dealers Association**

Georgia Automobile Dealers Association (GADA)

2255 Cumberland Parkway, Building 900

Atlanta, Georgia 30339-4515

Phone: 770-432-1658

Fax: 770-432-9100

Email: **info@gada.com (mailto:info@gada.com)**